UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HAROLD JOHNSON,                                                     Civil No. 04-2636 (JRT/FLN)

    Plaintiff,

v.                                                                                    **ORDER**

CITY OF MINNEAPOLIS, JESSIE GARCIA, III,
STEVEN PARSHALL, PATRICIA NELSON,
AND TROY WALKER,

    Defendants.

    Bruce Rivers, **RIVERS & ASSOCIATES**, 100 North Sixth Street, Suite 280B, Minneapolis, Minnesota 55403, for plaintiff.

    C. Lynne Fundingsland, **OFFICE OF THE MINNEAPOLIS CITY ATTORNEY**, 333 South Seventh Street, Suite 300, Minneapolis, Minnesota 55402, for defendant.

This matter is before the court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated January 4, 2006.  There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

    **THE COURT HEREBY ORDERS THAT**,

    1.    Defendants' motion for summary judgment on Plaintiff's claim for "unreasonable seizure – arrest without probable cause," the motion is **granted;**

    2.    Defendants' motion for summary judgment on Plaintiff's claim of excessive force against Defendant Walker, the motion is **denied;**

    3.    Defendants' motion for summary judgment on Plaintiff's claim that the City is liable for the failure to train, supervise and discipline, the motion is

**granted;**

4. Defendants' motion for summary judgment on Plaintiff's claim of battery, the motion is **denied;**

5. Defendants' motion for summary judgment on Plaintiff's claim of assault, the motion is **denied**;

6. Defendants' motion for summary judgment on Plaintiff's state claim of false arrest, the motion is **granted;**

7. Defendants' motion for summary judgment on Plaintiff's claim of intentional infliction of emotional distress, the motion is **granted;**

8. Defendants' motion for summary judgment on Plaintiff's claim on the City's vicarious liability, the motion is **denied;**

9. Defendants' motion for summary judgment on Plaintiff's state claim of negligent training and supervision, the motion is **granted.**

**THIS CASE WILL BE PLACED ON THE COURT'S NEXT AVAILABLE TRIAL CALENDAR.**

Dated: January 24, 2006
at Minneapolis, Minnesota.

                                              s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                        United States District Judge